UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-20051-CR-COOKE (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

MICHAEL MAZAR, et al
    Defendant(s).
_____/

### ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 01.29.18

**Andrea M. Simonton**
**UNITED STATES MAGISTRATE JUDGE**