UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20051-CR-COOKE

UNITED STATES OF AMERICA

vs.

JOB DOLCE, ET AL.,

    Defendants.

_____/

**GOVERNMENT'S NOTICE OF RELATED ACTION**

    The United States of America, by and through the undersigned Assistant United States Attorney, respectfully files this Notice of Related Action, pursuant to this Court's Local Rule 3.8 and Section 2.15.00(C) of this Court's Internal Operating Procedures. The government submits that the allegations contained in the indictment returned in the above-captioned case ([ECF No. 3]) are substantially similar to those set forth in the superseding information filed in <u>United States v. James Sabatino</u>, Case No. 16-20519-CR-Lenard(s) ([ECF No. 214]). The government takes no position as to whether these matters should be heard by the same presiding District Judge, and files this Notice solely for the purpose of complying with the requirements imposed by Local Rule 3.8 and this Court's Internal Operating Procedures.

                                               Respectfully submitted,

                                               BENJAMIN G. GREENBERG
                                               UNITED STATES ATTORNEY

                           By:    */s/Christopher B. Browne*_____
                                      Assistant United States Attorney
                                      Southern District of Florida
                                      Florida Bar No. 91337

> 99 Northeast 4th Street, 4th Floor
> Miami, Florida 33132-2111
> Telephone: (305) 961-9419
> Facsimile: (305) 536-4699
> E-mail: christopher.browne@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 22, 2018.

> /s/ Christopher B. Browne
> Assistant United States Attorney