# MINUTE ORDER

Page 11

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3  Date: 7/10/18  Time: 1:30 p.m.

Defendant: Anthony Collado  J#: 17060-104  Case #: 18-20051-Cr-Cooke
AUSA: Christopher Browne  Attorney: Saam Zangeneh (Perm)
Violation: Pretrial Release Violation  Surr/Arrest Date: 7/6/2018  YOB: 1990

Proceeding: Initial Appearance/Status Conf Re: Bond/Detention  CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:
Bond Set at:  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language:

Disposition:
*I/A reset from 7/9/18*

Advised

Detention

All Further Proceedings Before District Court Judge Cooke.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:13:54  Time in Court: 3 min.
s/  Magistrate Judge